Same case below, 357 Fed. Appx. 103.

**No. 10-5676. Belton L. Reeves, Petitioner v. Department of Justice, et al.**

562 U.S. 934, 131 S. Ct. 335, 178 L. Ed. 2d 218, 2010 U.S. LEXIS 7643.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-5677. Benjamin Newman, Petitioner v. Don Redmann, Warden.**

562 U.S. 934, 131 S. Ct. 335, 178 L. Ed. 2d 218, 2010 U.S. LEXIS 7540.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5679. Robert Smallwood, Petitioner v. United States.**

562 U.S. 934, 131 S. Ct. 335, 178 L. Ed. 2d 218, 2010 U.S. LEXIS 7141.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-5681. W. Brett Reid, Petitioner v. Swift Transportation Company, Inc.**

562 U.S. 934, 131 S. Ct. 335, 178 L. Ed. 2d 218, 2010 U.S. LEXIS 7360,

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

**No. 10-5683. Michael Chalk, Petitioner v. Rhode Island.**

562 U.S. 934, 131 S. Ct. 335, 178 L. Ed. 2d 218, 2010 U.S. LEXIS 7622.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-5694. Carole Ann Rucker, Petitioner v. Mary Lattimore, Warden.**

562 U.S. 934, 131 S. Ct. 336, 178 L. Ed. 2d 218, 2010 U.S. LEXIS 7469.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 810.

**No. 10-5695. Burl Washington, Petitioner v. United States.**

562 U.S. 934, 131 S. Ct. 336, 178 L. Ed. 2d 218, 2010 U.S. LEXIS 7462.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 596 F.3d 926.